MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District    Guam | |
|---|---|---|
| Name (under which you were convicted): <br> Ronald Chiquina Meno | Docket or Case No. <br> 98-00022-001 | |
| Place of Confinement: <br> FCI-Bastrop, Texas | Prisoner No.: <br> 01528-093 | |
| UNITED STATES OF AMERICA <br><br>             v. | Movant (include name under which you were convicted) <br> RONALD CHIGUINA MENO | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____

   U.S. District Court of Guam, Hagatna, Guam

   (b) Criminal docket or case number (if you know): 98-00022-001

2. (a) Date of the judgment of conviction (if you know): March 12, 1999

   (b) Date of sentencing: March 12, 1999

3. Length of sentence: 97 months

4. Nature of crime (all counts): One Count Attempted Importation of
   Methamphetamine in violation of 21 U.S.C. §§ 952(a), 960 and
   963.

5. (a) What was your plea? (Check one)

   (1)   Not guilty ❏      (2)   Guilty ☒      (3)   Nolo contendere (no contest) ❏

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
   or indictment, what did you plead guilty to and what did you plead not guilty to? _____
      Not Applicable

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ❏     Judge only ☒

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒

9. If you did appeal, answer the following:

   (a) Name of court: _____ Not Applicable _____

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Citation to the case (if you know): _____

   (f) Grounds raised: _____

   _____

   _____

   _____

   _____

   _____

   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☐

   If "Yes," answer the following:

   (1) Docket or case number (if you know): _____ Not Applicable _____

   (2) Result: _____

   _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

   (5) Grounds raised: _____

   _____

   _____

   _____

   _____

   _____

   _____

10. Other than the direct appeals listed above, have you previously filed any other motions,
    petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: __ Not Applicable _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____ Not Applicable _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?   Yes ❑ No ❑

(7) Result: _____ Not Applicable _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____ Not Applicable _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?   Yes ❑   No ❑

(7) Result: _____ Not Applicable _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your

motion, petition, or application?

(1) First petition:      Yes ❑   No ❑

(2) Second petition:   Yes ❑   No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____ Not Applicable _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: _____ See attached page. _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground One:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐ No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

    Subsequent change in circuit law _____

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐ No ☐

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____ Not Applicable _____

    Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____ Not Applicable _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____ Not Applicable _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____ Not Applicable _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____ N/A _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____ N/A _____

_____

_____

_____

_____

GROUND TWO: _____ None _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Two:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

                Not Applicable _____

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐   No ☐

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____ Not Applicable _____

    Name and location of the court where the motion or petition was filed: _____

           N/A _____

    Docket or case number (if you know): _____ N/A _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

            N/A _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐   No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

           N/A _____

    Docket or case number (if you know): _____ N/A _____

    Date of the court's decision: _____ N/A _____

    Result (attach a copy of the court's opinion or order, if available): N/A _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ N/A _____

_____

_____

_____

_____

GROUND THREE: _____ None _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____ N/A _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Three:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: _____

   _____ Not Applicable _____

   _____

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐   No ☐

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____ N/A _____

   Name and location of the court where the motion or petition was filed: _____

   _____ N/A _____

   Docket or case number (if you know): _____ N/A _____

   Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____
_____ N/A _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑    No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑    No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑    No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____
_____ N/A _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____ N/A _____

_____

_____

_____

_____

GROUND FOUR: _____ None _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____ N/A _____

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Four:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐ No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

    _____ Not Applicable _____

    _____

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐ No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____ N/A _____

    Name and location of the court where the motion or petition was filed: _____

    _____ N/A _____

    Docket or case number (if you know): _____ N/A _____

    Date of the court's decision: _____ N/A _____

    Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

    _____

    _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐ No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐ No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐ No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____ N/A _____

    _____

    _____

    Docket or case number (if you know): _____ N/A _____

    Date of the court's decision: _____ N/A _____

    Result (attach a copy of the court's opinion or order, if available): ____ N/A _____

    _____

    _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ N/A _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have __not__ previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____ N/A _____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal __now pending__ (filed and not decided yet) in any court for the judgment you are challenging?     Yes ❑  No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____ N/A _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____ Unknown _____

(b) At arraignment and plea: _____ Unknown _____

(c) At trial: _____ Unknown _____

(d) At sentencing: _____ Unknown _____

(e) On appeal: _____ Not Applicable _____

(f) In any post-conviction proceeding: _____ N/A _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____
_____ N/A _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☒

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____ N/A _____

(b) Give the date the other sentence was imposed: __N/A_____

(c) Give the length of the other sentence: ___N/A_____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐  No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* __This is Movant's first § 2255 motion and is__ __being brought due to a subsequent change in circuit law__ __which establsihes that he is being imprisoned for conduct__ __that the law no longer makes criminal and is actually__ __innocent of the importation charge. See: Attachment.__

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: ___time served___
and immediate release from his term of confinement ___

or any other relief to which movant may be entitled.

___
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___ (month, date, year).

Executed (signed) on *Feb 24- 2005* (date).

___
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. ___

___

___

IN FORMA PAUPERIS DECLARATION

___
[Insert appropriate court]
* * * * *

ATTACHED PAGE

13.     The ground listed in 12A was not previously presented, because
at the time of the entry of the judgment, and for more than 10 days thereafter, that
is to say, until June 6, 2003, the ground listed in 12A was foreclosed by circuit law
in that it was the settled law of this circuit that all the government need show for a
finding of importation is that the controlled substance entered the United States from
international waters or airspace. (*United States v. Cabaccang*, 332 F.3d 622, 634
(9th Cir. 2003)(en banc), *clarified*, 341 F.3d 905 (9th Cir. 2003).) On June 6, 2003
(*Cabaccang*, 332 F.3d at 622 ("Filed June 6, 2003")), the court of appeals for this
circuit changed the law by overruling the foregoing law of this circuit and holding
that the transport of a controlled substance through international airspace on a flight
from one United States location to another United States location does not constitute
the offense of importing a controlled substance into the United States from a place
outside thereof. (*Cabaccang*, 332 F.3d at 635 ("we hold that the transport of drugs
through international airspace on a nonstop flight from one United States location
to another does not constitute importation within the meaning of [21 U.S.C.] §
952(a)").)